RTS



COURT OF CRIMINAL APPEALS OF TEXAS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



RETURNED TO SENDER

PRESORTED
FIRST CLASS



U.S. POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.41°
02 1W
0001401682 JUL. 27. 2015

RE: WR-20,577-15

JAMIE FLETCHER
JAMES FLETCHER #419453
BANDERA COUNTY JAIL
P.O. BOX 1449
BANDERA, TX 78003